## FIRST NATIONAL BANK OF LITCHFIELD *v.* BRUCE V. MILLER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 97 Conn. App. 388 (AC 26278), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that: (1) the defendants had not accepted the boat; and (2) General Statutes § 42-100c applied to the transaction?"

The Supreme Court docket number is SC 17774.

*William C. Franklin*, in support of the petition.

*Bruce V. Miller*, pro se, and *Linda M. Miller*, pro se, in opposition.

Decided November 16, 2006

## HEATHER MEDES ET AL. *v.* GEICO CORPORATION

The plaintiffs' petition for certification for appeal from the Appellate Court, 97 Conn. App. 630 (AC 26504), is denied.

*John R. Williams*, in support of the petition.

*Kieran S. Cassidy*, in opposition.